# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| United States of America ) | Case No: 4:06-1315-001 (TLW) |
| ) | USM No: 15058-171 |
| -versus- ) | Pro se |
| ) | Defendant's Attorney |
| **Craig Anthony Bromell,** ) | |
| ) | |
| Date of Previous Judgment: January 14, 2008 ) | |
| *(Use Date of Last Amended Judgment if Applicable)* ) | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is **DENIED** (Doc. # 71).  This case does not qualify because the Chapter Four Enhancements override Chapter Two.  The Defendant is a career offender.

**IT IS SO ORDERED**.

Order Date:     April 9, 2012                                                  s/ Terry L. Wooten
                                                                               *Judge's signature*

Effective Date:                                                                Terry L. Wooten, United States District Judge
*(if different from above)*